# United States Bankruptcy Court
## For the Southern District of Texas
## Corpus Christi Division

| | | |
|---|---|---|
| In re:  Ricardo Salinas, Jr. | § | Case No.   21-21167 |
| Caitlin Salinas | § | |
| | § | |
| **Debtors** | § | **Chapter 13** |

---

### DEBTORS' RESPONSE TO TRUSTEE'S MOTION TO DISMISS

---

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

NOW COME, Debtors, in the above styled matter by and through attorney of record, and file this response to the Trustee's Motion to Dismiss and would show and request the following:

1. Debtors do not oppose Trustee's Motion to Dismiss.

WHEREFORE ALL PREMISES, CONSIDERED, Debtors are not opposed to the requested relief, and do not request a hearing.

Respectfully submitted,
**The Law Offices of Joel Gonzalez, PLLC**


/s/ Joel Gonzalez
Joel Gonzalez, *Attorney for the Debtor*
SBOT 24053233, Fed I.D. #632677
700 Everhart Rd., Ste. G-1
Corpus Christi, Texas  78411
Telephone No. 361-887-6363
Facsimile No. 361-654-3622

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on the 13th day of June, 2024, a true and correct copy of this Debtor's Response to the ***Trustee's Motion to Dismiss*** was served via First Class Mail and/or via electronic mail to all the parties listed below.

**Chapter 13 Trustee**
Yvonne V. Valdez - Trustee
555 N. Carancahua, Ste. 600
Corpus Christi, Texas  78475

**U.S. Trustee**
515 Rusk, Ste. 3516
Houston, Texas  77002

**Debtor(s)**
Salinas, Jr., Ricardo
Salinas, Caitlin
1821 Cottonwood Dr.
Portland, TX 78374

                         ***/s/ Joel Gonzalez***_____
                         Joel Gonzalez, *Attorney for the Debtor*